IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00075-LTB-BNB

LARRY WALLING,

Plaintiff,

v.

LOAF 'N JUG/MINI MART, INC.,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit, on or before **April 18, 2008**, a revised scheduling order modified as discussed this morning.

Dated April 16, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge