**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00075-LTB-BNB

LARRY WALLING,

      Plaintiff,

v.

LOAF 'N JUG/MINI MART, INC.,

      Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation and Motion to Dismiss Plaintiff's Action With Prejudice (Doc 26 - filed September 30, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                             s/Lewis T. Babcock
                             Lewis T. Babcock, Judge

DATED: October 1, 2008